IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LAURIE KENNEDY,**  Plaintiff,  vs.  **UNITED STATES OF AMERICA,**  Defendant. | **7:07CV5012**  **ORDER** |

This case is before the court on the correspondence of the parties submitted by defense counsel, Paul Boeshart, requesting an extension of the deadline to file their mediation status report. For good cause shown, the request will be granted.

**IT IS ORDERED:**

1. The deadline for the submission of the parties' mediation status report is extended to **May 15, 2008.**

2. The **May 5, 2008** Rule 16 planning conference is cancelled.

3. If necessary following the May 15 report, the parties shall immediately contact the court to reschedule the conference.

Dated this 14th day of April 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge