**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LAURIE KENNEDY,** | ) | **CASE NO. 7:07CV5012** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **v.** | ) | **WITH PREJUDICE** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Stipulation and Motion for Dismissal with Prejudice. The Court finds that the joint stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1.     The Stipulation and Motion for Dismissal with Prejudice (Filing No. 36) is approved, and the relief requested therein is granted;

2.     The Complaint and all claims in this matter are dismissed with prejudice; and

3.     The parties will pay their own costs.

DATED this 26th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge